# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCKHILL DIVISION

| | | |
|---|---|---|
| Michael Paul Buckmon, | ) | |
| | ) | Civil Action No.: 0:19-cv-00334-JMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Unit Manager Thomas Lasley, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff Michael Paul Buckmon filed this pro se civil action against Defendant Thomas Lasley pursuant to 42 U.S.C. § 1983, alleging that Lasley used excessive force against Buckmon in violation of his constitutional rights. (ECF No. 1.) On August 14, 2020, the court entered an Order denying Lasley's Motion for Summary Judgment as to Buckmon's claim alleging use of excessive force and official brutality. (ECF No. 104 (referencing ECF No. 70).) Thereafter, on August 18, 2020, the court granted Plaintiff's Motion to Appoint Counsel and provided that Plaintiff's attorney would be appointed by a separate order. (ECF No. 107.) In accordance with ECF No. 107, the court **APPOINTS** Attorney Mark McLawhorn, Esquire of McLawhorn Legal, LLC in Columbia, South Carolina as pro bono counsel to assist Plaintiff in this case and to represent him at trial. Attorney McLawhorn is ordered to contact Plaintiff, as soon as possible.

**IT IS SO ORDERED**.

*J. Michelle Childs*

United States District Judge

August 21, 2020
Columbia, South Carolina

1